SEALED

FILED

JUN 1 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )   Case No. 2:10 mj 0174 KJM
12            Plaintiff,             )
                                     )   ORDER TO SEAL
13       v.                          )
                                     )
14  ANTONIO GARCIA-GUILLEN,          )
                                     )
15                                   )
            Defendant.               )
16                                   )
                                     )
17  _____ )

18      Upon Application of the United States of America and good cause

19  having been shown,

20      IT IS HEREBY ORDERED that the government's Request to Seal

21  Documents, this Order, and the documents numbered 0001 through 0005

22  (i.e., the Criminal Complaint, Arrest Warrant, and supporting

23  Affidavit) be sealed until the defendant's arrest or further order

24  of the Court.  The Sanitized Order shall be filed in the Court's

25  ///

26  ///

27  ///

28  ///

                                 1

1   publically available case file.  Employees of the United States

2   Attorney's Office and sworn law enforcement officers may access

3   these sealed documents as necessary.

4

5   DATED:  6/16/10

6   KIMBERLY J. MUELLER
    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28