
SEALED

FILED

JUN 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEALED                          )
                                )
                                )  ORDER 2:10mj 0174 KJM
                                )
                                )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the government's Request to Seal Documents, the Court's Order, and the documents numbered 0001 through 0005 be sealed until further order of the Court.

DATED: 6/16/10

KIMBERLY J. MUELLER
United States Magistrate Judge

4